# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492 <br><br> Master Docket No. 16 C 8727 <br><br> Original N.D. Ill. Dkt. Nos.: 1:16-cv-07323, 1:16-cv-07322, 1:16-cv-07326, 1:16-cv-07324, 1:16-cv-07325, 1:16-cv-08582, 1:16-cv-08579, 1:16-cv-08581, 1:16-cv-08584, 1:16-cv-08583, 1:16-cv-05988, 1:16-cv-05986, 1:16-cv-07321, 1:16-cv-07320, 1:16-cv-05270, 1:16-cv-09980, 1:16-cv-09973, 1:16-cv-09971, 1:16-cv-09974, 1:16-cv-09977, 1:16-cv-09979, 1:16-cv-09970, 1:16-cv-09981, 1:16-cv-10003, 1:16-cv-09993, 1:16-cv-09995, 1:16-cv-09994, 1:16-cv-10002, 1:16-cv-10001, 1:16-cv-09989, 1:16-cv-09991, 1:16-cv-09988, 1:16-cv-09992, 1:16-cv-09990, 1:16-cv-09987, 1:16-cv-09985,1:16-cv-09986, 1:16-cv-09982, 1:16-cv-09983, 1:16-cv-09984, 1:16-cv-09485, and 1:16-cv-10000. <br><br> Judge John Z. Lee <br><br> Magistrate Judge David M. Weisman <br><br> This Document Relates to N.D. Ill. Docket Nos. N.D. Ill. Dkt. Nos.: 1:16-cv-07323, 1:16-cv-07322, 1:16-cv-07326, 1:16-cv-07324, 1:16-cv-07325, 1:16-cv-08582, 1:16-cv-08579, 1:16-cv-08581, 1:16-cv-08584, 1:16-cv-08583, 1:16-cv-05988, 1:16-cv-05986, 1:16-cv-07321, 1:16-cv-07320, 1:16-cv-05270, 1:16-cv-09980, 1:16-cv-09973, 1:16-cv-09971, 1:16-cv-09974, 1:16-cv-09977, 1:16-cv-09979, 1:16-cv-09970, 1:16-cv-09981, 1:16-cv-10003, 1:16-cv-09993, 1:16-cv-09995, 1:16-cv-09994, 1:16-cv-10002, 1:16-cv-10001, 1:16-cv-09989, 1:16-cv-09991, 1:16-cv-09988, 1:16-cv-09992, 1:16-cv-09990, 1:16-cv-09987, 1:16-cv-09985, 1:16-cv-09986, 1:16-cv-09982, 1:16-cv-09983, 1:16-cv-09984, 1:16-cv-09485, and 1:16-cv-10000. |

1

## **ATTORNEY APPEARANCE**

I, Jeffrey L. Raizner, respectfully submit the attached Northern District of Illinois Attorney Appearance Form (Exhibit 1) providing for my appearance on behalf of Plaintiffs Joseph Miller, Brandon Walthour, Richard Seals, Orenthal James Owens, Derrick Lee, Christopher Burkholder, David Burns, Larry Carr, Glenn Capriola, William Crawford, Steve Strinko, Raymond Griffin, John Hutchings Daniel Lee Cook, Ronald W. Hermann, II, Robert Samuels, Jamie Richardson, Rodney Gallon, Henry Davison, DeMoreo Ford, James Harrison, Willie Johnson, Neville Hawkins, Eric Washington, Hagen Mason, Cole Harvey, Thomas Sullivan, Fredrick Pettus, David Odom, Charles Wysocki, Gary Gray, Conredge Collins, Marcus Clayton, James Bozeman, Derrick Dudley, Kerry Bonds, Patrick Reddick, Geoff Donner, Chad Williams, Eric Towe, David Harley, Roger Jerrick, and Antjuan Tolbert in each of their respective cases before this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 29, 2016 | By: /s/ Jeffrey L. Raizner<br>One of Plaintiffs' Attorneys |
|  | Jeffrey L. Raizner<br>efile@raiznerlaw.com<br>RAIZNER SLANIA LLP<br>2402 Dunlavy Street<br>Houston TX 77006<br>Tel: 713.554.9099<br>Fax: 713.554.9098 |

## **CERTIFICATE OF SERVICE**

I, Jeffrey L. Raizner, an attorney, hereby certify that on November 29, 2016, I served the above and foregoing *Attorney Appearance* by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


                                               /s/   Jeffrey L. Raizner

**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title:                                    Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                                 Telephone Number:
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | No |
| Are you acting as local counsel in this case? | Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | No |

If this is a criminal case, check your status.   Retained Counsel

                                                Appointed Counsel
                                                If appointed counsel, are you
                                              a  Federal Defender
                                                 CJA Panel Attorney

_____
In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:     S/_____
                        (Use electronic signature if the appearance form is filed electronically.)

                                                              Revised  8/1/2015